CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JAN 1 7 2007**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **DON W. MCKINNEY ,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:07-cv-00004** |
| | ) | |
| **v.** | ) | <u>**FINAL ORDER**</u> |
| | ) | |
| **WISE COUNTY CIRCUIT COURT,** | ) | **By: Hon. James C. Turk** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing §2254 Cases, and is stricken from the active docket of the court.

The Clerk is directed to send a copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER:     This _16th_ day of January, 2007.

            _James C. Turk_
            Senior United States District Judge